## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Angelica Marquez and Jorge Flores

v.

Ethio Cafe', Inc. d/b/a The Ivy on Clark and Michael Flammang, individually

Case Number:
FILED: 5/7/2008
08 CV 2632 JH
JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Marquez and Flores

| | |
|---|---|
| NAME (Type or print) <br> John E. Untereker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John E. Untereker | |
| FIRM <br> Working Hands Legal Clinic | |
| STREET ADDRESS <br> 77 W. Washington St., Ste. 1402 | |
| CITY/STATE/ZIP <br> Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290945 | TELEPHONE NUMBER <br> 312-795-9115 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |